IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A & J ELECTRIC CABLE CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2361 |
| | § | |
| EMERSON NETWORK POWER, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

The parties have filed a joint motion for a protective order. Paragraph 6 must be revised to reflect that under the case law, a higher good-cause showing is required to file documents under seal with the court than to designate them as confidential when they are exchanged in discovery. The paragraph must be revised to state that when documents designated as confidential are filed with the court, they may initially be filed under seal but will not be maintained under seal unless the party designating them as confidential files a motion to do so. Such a motion must be filed 7 days after the filing, must show good cause for sealing the documents, and must state whether the opposing party contests filing the documents under seal. The parties may file a revised agreed protective order no later than **May 20, 2011**.

SIGNED on April 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge