IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A & J ELECTRIC CABLE CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2361 |
| | § | |
| EMERSON NETWORK POWER, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Counsel for plaintiff filed a motion for protective order, (Docket Entry No. 49). The filing of these motions is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. Aa premotion conference is set for **April 26, 2012, at 11:00 a.m.** to address the subject matter of the motion.

SIGNED on April 16, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge